UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00465

**Jonathan Dewayne Stephen, Jr.,**
*Plaintiff,*

v.

**Jeff Tremble et al.,**
*Defendants.*

**O R D E R**

Plaintiff, proceeding pro se, filed this lawsuit alleging wrongful termination of employment. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that plaintiff's claims be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Doc. 3 at 5. No party filed written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendation. All claims in this matter are dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii). Any pending motions are denied as moot.

*So ordered by the court on January 16, 2026.*

J. CAMPBELL BARKER
United States District Judge